# EXHIBIT 1

## SPAWAR Business Opportunity
**SPAWAR - Solicitation**
**N00178-04-D-4062-NS01 - Contract Action for PMW 220**

Close
Subscribe | View Bidders List

### Description

**Description:** The Space and Naval Warfare Systems Command (SPAWAR), in support of the Program Executive Office - Enterprise Information Systems (PEO-EIS), Navy Enterprise Resource Program (Navy ERP), awarded contract modification under the existing Task Order with **Herren** Associates, Inc. of Alexandria VA 22310, in the total amount of $3,288,581.

This procurement fulfills the ongoing program support efforts required for the Navy ERP Program Manager-Warfare (PMW) 220 office, located at 185 Admiral Cochrane Drive, Annapolis, MD 21401. The period of performance is from April 29, 2013 through January 20, 2013. This effort is inextricably linked to work already being performed by **Herren** Associates, Inc. under SeaPort-e Task Order N00178-04-D-4062-NS01.

The applicable NAICS Code is 541330 and FSC is R499. J&A 17052 is with this announcement in accordance with FAR Subpart 6.305

### Additional Information

| | |
|---|---|
| **Requiring Activity:** | PEO-EIS |
| **Technical POC:** | Maria Kayser |
| **FS Code:** View List | R |
| **NAICS Code:** View List | 541330 |
| **Type of Action:** | Other Than Full and Open Competition - Follow-On Contract |
| **Estimated Value:** | $3,288,581.00 |

### Contact Information

| | |
|---|---|
| **Contracting Officer Name:** | Clint Sade |
| **Contract Specialist Name:** | Marquita J Davis |
| **Contract Specialist Phone Number:** | 443-321-5804 |
| **Contract Specialist E-mail Address:** | marquita.davis@navy.mil |

### Status Information

| | |
|---|---|
| **Status:** | 5. Award |
| **Current Adjusted Server Time:** | 11/12/2013 17:24:30 Eastern |
| **Award Date:** | 04/23/2013 |
| **Award End Date:** | 01/21/2014 |

### Award History

**Award History:** N00178-04-D-4062-NS01 -- $3,288,581.00
Herren and Associates, Inc.
5788 Westchester Street
alexandria, VA 22310 US

**Attachments:**

| | |
|---|---|
| r_JA 17052 with redaction.pdf | 233 KB |
| Total | 233 KB |

## Modification Tracking

**Created By:** Clint Sade
**Created Date:** 03/05/2013
**Last Modified By:** Clint Sade
**Last Modified Date:** 04/23/2013

Close