# EXHIBIT 2

Subscribe to Navy News Service
Search Navy.mil
Navy.mil Underway

HOME | ABOUT | LEADERSHIP | NEWS | MEDIA | LINKS | CAREERS | NAVY POD



NAVY Organization — A Look at the Organization of the U.S. Navy

**Section 508 Content Links**

The Operating Forces
The Secretary of the Navy
Chief of Naval Operations (CNO)
Commandant of the Marine Corps
Shore Establishment

## AN OVERVIEW

The following chart presents an overview of the organization of the Department of the Navy. The U.S. Navy was founded on 13 October 1775, and the Department of the Navy was established on 30 April 1798. The Department of the Navy has three principal components: The Navy Department, consisting of executive offices mostly in Washington, D.C.; the operating forces, including the Marine Corps, the reserve components, and, in time of war, the U.S. Coast Guard (in peace, a component of the Department of Homeland Security); and the shore establishment. The blocks below are hyperlinked to more information.

[Organization chart: Secretary of the Navy → Chief of Naval Operations and Commandant of the Marine Corps; Chief of Naval Operations → Shore Establishment and Operating Forces; Commandant of the Marine Corps → Operating Forces; dashed "Support" line between the two Operating Forces.]

The dashed line marked "Support" indicates the cooperative support of the Navy-Marine Corps team. Each of the operating forces supports the other.

Updated: 28 November 2006

---

Home

**About**
Status of the Navy
Navy Organization
Command Directory
Our Ships
Fact Files
Today in Naval History
Contact Us
FAQ

**Leadership**
Secretary of the Navy
Chief Of Naval Operations
Master Chief Petty Officer Of The Navy
Chief Of Naval Personnel
Biographies
SES Biographies
Navy Command Tools

**News**
Top Stories
Headlines
Feature Stories
Local Stories

**Media**
All Hands Update
All Hands Radio News
Video Gallery
Photo Gallery
Featured Galleries
All Hands Magazine Archive
Graphics Gallery
Art Gallery
Podcasts & RSS Feeds
2013 Owners and Operators

**Links**
Shift Colors-Navy Retiree Newsletter
Naval History & Heritage Command
Affected Navy Family Assistance
Navy / Marine Corps Relief
Navy Office of Community Outreach
Joint Chiefs of Staff
Military One Source
Navy Personnel Command
Navy Knowledge Online
Pentagon Channel
USA.gov
Defense.gov
Navy.mil Underway
U.S. Army
U.S. Air Force
U.S. Marine Corps
U.S. Coast Guard
Navy Reserve
Navy SAPR

**Careers**

**Navy POD**