# EXHIBIT 3

| HOME | ABOUT | LEADERSHIP | NEWS | MEDIA | LINKS | CAREERS | NAVY POD |

Subscribe to Navy News Service
Search Navy.mil
Navy.mil Underway

# NAVY Organization
A Look at the Organization of the U.S. Navy

### Section 508 Content Links
Naval Education and Training Command
Naval Meteorology and Oceanography Command
Space & Naval Warfare Systems Command
Naval Facilities Engineering Command
Naval Supply Systems Command
Naval Air Systems Command
Naval Sea Systems Command
Bureau of Medicine and Surgery
Bureau of Naval Personnel
Office of the Chief of Naval Operations
United States Naval Academy
Naval Safety Center
Naval Strike & Air Warfare Center
United States Naval Observatory
Chief of Naval Operations (CNO)

## THE SHORE ESTABLISHMENT

The shore establishment provides support to the operating forces (known as "the fleet") in the form of: facilities for the repair of machinery and electronics; communications centers; training areas and simulators; ship and aircraft repair; intelligence and meteorological support; storage areas for repair parts, fuel, and munitions; medical and dental facilities; and air bases. You can learn more about the commands shown here by selecting the appropriate block which is hyperlinked to that command's web site.



Updated: 28 November 2006

| Home | About | Leadership | News | Media | Links | Careers | Navy POD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Status of the Navy | Secretary of the Navy | Top Stories | All Hands Update | Shift Colors-Navy Retiree Newsletter | | |
| | Navy Organization | Chief Of Naval Operations | Headlines | All Hands Radio News | Naval History & Heritage Command | | |
| | Command Directory | Master Chief Petty Officer Of The Navy | Feature Stories | Video Gallery | Affected Navy Family Assistance | | |
| | Our Ships | Chief Of Naval Personnel | Local Stories | Photo Gallery | Navy / Marine Corps Relief | | |
| | Fact Files | Biographies | | Featured Galleries | Navy Office of Community Outreach | | |
| | Today in Naval History | SES Biographies | | All Hands Magazine Archive | Joint Chiefs of Staff | | |
| | Contact Us | Navy Command Tools | | Graphics Gallery | Military One Source | | |
| | FAQ | | | Art Gallery | Navy Personnel Command | | |
| | | | | Podcasts & RSS Feeds | Navy Knowledge Online | | |
| | | | | 2013 Owners and Operators | Pentagon Channel | | |
| | | | | | USA.gov | | |
| | | | | | Defense.gov | | |
| | | | | | Navy.mil Underway | | |
| | | | | | U.S. Army | | |
| | | | | | U.S. Air Force | | |
| | | | | | U.S. Marine Corps | | |
| | | | | | U.S. Coast Guard | | |
| | | | | | Navy Reserve | | |
| | | | | | Navy SAPR | | |