# EXHIBIT 10

| | Home | Getting Started | General Info | Opportunities | Agencies | Privacy |
|---|---|---|---|---|---|---|

Buyers: Login | Register    Vendors: Login | Register    Accessibility

# Naval Supply Systems Command - NAVSUP Weapon Systems Support Mechanicsburg PA: Opportunities

RETURN TO OPPORTUNITIES    RETURN TO LIST (LOCATIONS)

Opportunities | Profile | **Locations**

**Opportunities** | Location Profile

**Opportunities List** | Advanced Search | Archives

Keyword / Solicitation #: [  ]    TIPS    Posted Date: [  ▼]    [Search] [Clear]

More Search Fields    Search by Classification, NAICS code, Recovery actions, and more

1 - 20 of 3392    Sort By Posted On (Desc.) ▼    Showing 20 ▼ per page    1 | 2 | 3 | 4 | 5 | 6 | 7 » [170]

| Opportunity | Agency/Office/Location ▼ | Type ▼ / Set-aside ▼ | Posted On ▲ |
|---|---|---|---|
| **Power Device Cartridge**<br>N0010413RK117<br>13 -- Ammunition & explosives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Presolicitation | Nov 08, 2013 |
| **13--SEAWARS Cartridge, MT08 & MT09**<br>N0010413RK148<br>13 -- Ammunition & explosives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Award | Nov 08, 2013 |
| **48--PARTS KIT,BALL VALV**<br>N0010414QFB71<br>48 -- Valves | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| **53--STUD,CONTINUOUS THR - AND OTHER REPLACEMENT PARTS**<br>N0010414QFB56<br>53 -- Hardware & abrasives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| **53--STUD,PLAIN**<br>N0010414QFB61<br>53 -- Hardware & abrasives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| **47--TEE ASSEMBLY**<br>N0010414QFB62<br>47 -- Pipe, tubing, hose & fittings | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| **48--VALVE**<br>N0010414QFB64<br>48 -- Valves | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| **48--VALVE,DUMP**<br>N0010414QFB65<br>48 -- Valves | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |

| Item | Agency | Type | Date |
|---|---|---|---|
| 53--NUT,PLAIN,BARREL<br>N0010414QFB68<br>53 -- Hardware & abrasives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| 48--DISC,VALVE<br>N0010414QFB69<br>48 -- Valves | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation / Total Small Business | Nov 08, 2013 |
| 53--NUT,SCREEN - AND OTHER REPLACEMENT PARTS<br>N0010414QFB70<br>53 -- Hardware & abrasives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |
| 62--LAMP,ELECTROLUMINES<br>SPRMM113RPS53<br>62 -- Lighting fixtures & lamps | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |
| 59--DIGITAL I O CARD<br>SPRMM113RPV57<br>59 -- Electrical and electronic equipment components | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |
| 47--TAILPIECE,UNION<br>N0010413QFH04<br>47 -- Pipe, tubing, hose & fittings | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation (Modified) / Total Small Business | Nov 08, 2013 |
| 47--CONNECTION,FLEXIBLE<br>N0010414QFA80<br>47 -- Pipe, tubing, hose & fittings | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |
| 70--PROCESSOR STACK ASS<br>SPRMM113RPV68<br>70 -- General purpose information technology equipment | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |
| 47--CONNECTION,FLEXIBLE<br>N0010414QFA83<br>47 -- Pipe, tubing, hose & fittings | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation | Nov 08, 2013 |
| 48--DISK,VALVE<br>N0010414QFB05<br>48 -- Valves | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation (Modified) / Total Small Business | Nov 08, 2013 |
| 48--STEM,FLUID VALVE<br>N0010414QFB02<br>48 -- Valves | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation (Modified) / Total Small Business | Nov 08, 2013 |
| 1355-01-436-4620, Cable Assembly, ADCAP F/MK48 MODS 5-6 Torpedoes (A-Cable)<br>N0010413RK105<br>13 -- Ammunition & explosives | Department of the Navy<br>Naval Supply Systems Command<br>NAVSUP Weapon Systems Support<br>Mechanicsburg PA | Solicitation (Modified) / Total Small Business | Nov 08, 2013 |

1 - 20 of 3392      Showing 20 per page   1 | 2 | 3 | 4 | 5 | 6 | 7 » [170]

For Help: Federal Service Desk    Accessibility



| | | | |
|---|---|---|---|
| 68 -- Chemicals & chemical products | Naval Supply Systems Command NAVICP-Mechanicsburg | | |
| Intent to extend PRC, Inc. IDIQ for continuance of commercial maintenance services for the Joint Engineering Data Management Information & Control System (JEDMICS) USN-SNOTE-020110-001 | Department of the Navy Naval Supply Systems Command NAVICP-Mechanicsburg | Special Notice | Jan 10, 2002 |
| 60--60-Fiber Optics Materials and Components, Assemblies, and Accessories N00104-02-Q-Q196 60 -- Fiber optics materials, components, assemblies & accessories | Department of the Navy Naval Supply Systems Command NAVICP-Mechanicsburg | Modification/Amendment/Cancel | Dec 19, 2001 |
| J--DEPOT LEVEL REPAIRABLES BOA N00104-00-G-A508 J -- Maintenance, repair & rebuilding of equipment | Department of the Navy Naval Supply Systems Command NAVICP-Mechanicsburg | Presolicitation | Oct 24, 2001 |

3381 - 3392 of 3392

Showing 20 per page  [1] « 164 | 165 | 166 | 167 | 168 | 169 | 170

For Help: Federal Service Desk   Accessibility