# EXHIBIT 3

| | |
|---|---|
| From: | Melissa Britton |
| To: | Jeff Voth; Peter Banfield; Kimberly Barker |
| Sent: | 5/20/2013 7:59:26 PM |
| Subject: | Offsite Tomorrow |

All –

Late today Valerie and the TD (Allen) were called to brief Dr. Zangardi (DASN C4I) down at the pentagon tomorrow morning. They have been planning a series of transition workshops this week, and Valerie/Allen asked me to facilitate the discussion tomorrow (between NAVSUP, SPAWAR, the PMO, and resource sponsor) aimed at coming up with plan for staffing in sustainment and determining how money will flow from opnav to sustainment organizations. The workshop kickoff is at 0830 tomorrow, there is a break for working groups, then the transition leads from all 4 organizations meet from 10-4.

I understand the importance of our teambuilding offsite tomorrow, however I also want to deliver on our obligation to advise ERP leadership through the transition to sustainment. I think this is especially important as we get ready for the recompete.

Please let me know if you have issues or concerns, otherwise I will be facilitating in Annapolis tomorrow. Thanks.


v/r,

**Melissa Britton | Herren Associates**

Maritime Plaza II, 1220 12th Street SE, Suite 310, Washington, DC 20003
Office: +1 410 224 3368 | Mobile: +1 352 258 2987 | melissa.britton@jlha.com
Fax: +1 202 609 7294 | Website: www.herrenassociates.com

CONFIDENTIAL

JLHA 046172