# EXHIBIT 4

| | |
|---|---|
| From: | Scott Williams |
| To: | Melissa Britton |
| Sent: | 5/17/2013 11:25:38 AM |
| Subject: | Fwd: Transition Proposal |

---------- Forwarded message ----------
From: **Thompson, Layne CIV NAVSUP BUS SYS CEN** <layne.thompson@navy.mil>
Date: Fri, May 17, 2013 at 11:18 AM
Subject: Re: Transition Proposal
To: sheldon@magadesign.com
Cc: Scott@magadesign.com

I'm headed to get son off the bus. Back. At 1300.

**From:** Sheldon Reiffenstein [mailto:sheldon@magadesign.com]
**Sent:** Friday, May 17, 2013 11:16 AM
**To:** Thompson, Layne CIV NAVSUP BUS SYS CEN
**Cc:** Scott Williams <Scott@magadesign.com>
**Subject:** Transition Proposal

Layne,

Per your conversations with Scott attached is a white paper on the transition support along with resume for Melissa Britton. Scott will call you in a few minutes.

Sheldon

--
**Sheldon Reiffenstein**
Client Engagement Director

Maga Design, Inc.
M 301.312.9885
W magadesign.com

CONFIDENTIAL

JLHA 027985

| | |
|---|---|
| **From:** | Melissa Britton |
| **To:** | lissaryan2001@gmail.com |
| **Sent:** | 5/17/2013 10:19:48 AM |
| **Subject:** | FW: Paper |
| **Attachments:** | Maga White Paper_BSC_Transition Support_5-17-13.docx |

v/r,

**Melissa Britton | Herren Associates**

Maritime Plaza II, 1220 12th Street SE, Suite 310, Washington, DC 20003
Office: +1 410 224 3368 | Mobile: +1 352 258 2987 | melissa.britton@jlha.com
Fax: +1 202 609 7294 | Website: www.herrenassociates.com

**From:** Sheldon Reiffenstein [mailto:sheldon@magadesign.com]
**Sent:** Friday, May 17, 2013 10:19 AM
**To:** Melissa Britton
**Subject:** Paper


--
Sheldon Reiffenstein
Client Engagement Director

Maga Design, Inc.
M 301.312.9885
W magadesign.com

CONFIDENTIAL

JLHA 046138



IDEA ARCHITECTS

May 17, 2013

**NAVSUP Business Systems Center**
**Navy ERP Sustainment Transition Support**
**White Paper**

NAVSUP Business Systems Center (BSC) is taking on the responsibility of operating the sustainment phase of Navy ERP. As this moves forward BSC will be transferring knowledge and documentation from the current Program Office and within BSC to ensure the assumption of this responsibility is efficient and effective. NAVSUP BSC has determined that they require various support services to support a new staff, new mission and sense of urgency for employees.

### Requirement
BSC has requested that Maga Design provide support strategy and execution of this transition that includes facilitation of workshops and visualization artifacts designed for stakeholders to understand their responsibilities under sustainment and ensure its success.

### Recommendation
Maga will employ its proven visual development methodology encompassing multiple tasks: graphic facilitation of working sessions, visual map creation, and socialization of artifacts with stakeholders. Maga's three-phase methodology is summarized by Explore, Envision and Execute, a comprehensive visual development process designed to ensure all deliverables meet BSC requirements.

### Scope
Maga will provide a team of skilled personnel to:
- Support sustainment transition including forecasting future requirements, proactively managing work, and mitigating issues
- Facilitate and graphically capture of formal transition sessions, estimated one every two weeks.
- Facilitate/graphically capture of ongoing internal workshops of business units/SMEs, estimated weekly
- Create and submit summaries/reports of sessions
- Create a "book" of illustrated infographics to serve as a library of the sustainment transition
- Manage the delivery of all tasks and artifacts including keeping current on all relevant program and community items, working closely with teams across the organization to follow issues and tasks through to completion

### Personnel
Maga Design will staff a team of business, facilitation and graphics talent and skills to accommodate the requirements. The Transition Team will consist of:

MAGA DESIGN, Inc.   1838 Columbia Rd NW, Washington, DC 20009   T 202.234.8685  F 202.234.8684   magadesign.com   @MagaDesignDC

CONFIDENTIAL

JLHA 046139



IDEA ARCHITECTS

- Business Strategist – Senior level experience in IT deployments/implementations with 15 years in ERP systems
- Strategic Advisor – Seven years relevant ERP deployment background with expertise in acquisition and financial functionality and facilitating training programs
- Illustrator – Senior level graphic illustrator; experience illustrating Navy ERP processes and business strategies
- Account Manager – Five years project management in the Federal sector and with expertise in problem solving and internal/external communication
- Account Coordinator – Junior level project management, scheduling tasks, creating and disseminating reports, day-to-day project coordination

**Period of Performance**

The POP of this strategy encompasses two options:
- Option 1 to run six months from the assignment of tasks
- Option 2 to run 12 months from the assignment of tasks

**Level of Effort**

**Firm Fixed Price**

This tasking is based on a Firm Fixed Price

**Place of Performance**

The work for this tasking is to be performed at the government site at NSA Mechanicsburg.

**Travel**

MAGA DESIGN, Inc.   1838 Columbia Rd NW, Washington, DC 20009   T 202.234.8685  F 202.234.8684   magadesign.com   @MagaDesignDC

CONFIDENTIAL