# EXHIBIT 5



Maryland.gov | Phone Directory | State Agencies | Online Services

# DEPARTMENT OF ASSESSMENTS & TAXATION

:: Home   :: About SDAT   :: Businesses   :: Real Property   :: Tax & Assessments   :: Forms & Applications   :: SDAT/Stats   :: Services

**Main Menu**
**Business Information**
**UCC/Security Interest**
**Certificate of Status**
**Rate Stabilization**
**Search Help**
**Image Availability**
**Definitions**

## Entity Name: MISSION EFFECT
### Dept ID #: T00361817

**General Information** | **Amendments**

| | |
|---|---|
| Owner (Primary): | MELISSA BRITTON<br>4946 LEE FARM CT<br>ELLICOTT CITY, MD 21043 |
| Location: | MISSION EFFECT<br>4946 LEE FARM CT<br>ELLICOTT CITY, MD 21043 |
| Renewal Notice Date: | N/A |
| Expiration Date: | 05/06/2018 |

### Link Definition

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

Contact Us | Site Map | Email SDAT | Privacy Notice |
410-767-1184 | Outside the Baltimore Metro Area 888-246-5941 | Maryland Relay 800-735-2258
Department of Assessments & Taxation 301 W. Preston St., Baltimore, MD 21201-2395