# EXHIBIT 8

Maga Design Group, Inc.
1838 Columbia RD NW
Washington DC 20009

Invoice Date 9/4/2013
Invoice # 10002
Invoice Period 8/1/2013 - 8/30/2013

| Project Code | Date | Project | First name | Last name | Rate | Hours | Cost | Brief Description |
|---|---|---|---|---|---|---|---|---|
| 01000 | 1-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | allday TWIPT workgroup, interview new functionals |
| 01000 | 5-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 7.00 | $ 889 | open office tour, prep for BSC kickoff, agenda, statuscall |
| 01000 | 6-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | prep for BSC kickoff, blueprint, slide deck |
| 01000 | 7-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | kickoff in mech |
| 01000 | 8-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 7.00 | $ 889 | draft reportout from kickoff |
| 01000 | 12-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 5.00 | $ 635 | TWIPT preps, statuscall |
| 01000 | 13-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT, orientation, seatrials, PAL overview |
| 01000 | 14-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 10.00 | $ 1,270 | TWIPT, CBO summit, workgroup outbriefs |
| 01000 | 15-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | TWIPT, risk comms overview, data management planning |
| 01000 | 19-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 4.00 | $ 508 | status call, review initial topics for offsite |
| 01000 | 20-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 5.00 | $ 635 | offsite prep meeting with Allen, Layne, binder layout |
| 01000 | 21-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | offsite draft agenda, pull process content from PAL |
| 01000 | 22-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | knowledge capture template, worksheet, draft blueprint |
| 01000 | 26-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | prep for TIPT offsite, final agenda interviews |
| 01000 | 27-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 12.00 | $ 1,524 | prep for TIPT offsite, final blueprint, interviews, meeting log |
| 01000 | 28-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TIPT offsite |
| 01000 | 29-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 6.00 | $ 762 | TIPT offsite |
| 01000 | 30-Aug-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 4.00 | $ 508 | content review, draft red-flag brief to leadership |
| Total | | | | | | 137.00 | $ 17,399 | |

Please make checks payable to Mission Effect and remit to:

Mission Effect
4846 Lee Farm Ct.
Ellicott City, MD 21043

MB0000013

Maga Design Group, Inc.
1838 Columbia RD NW
Washington DC 20009

Invoice Date 8/8/2013
Invoice # 10001
Invoice Period 7/23/13 - 7/31/13

| Project Code | Date | Project | First name | Last name | Hourly rate | Hours | Cost | Brief Description |
|---|---|---|---|---|---|---|---|---|
| 01000 | 23-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | kickoff and inbriefing with Layne/Kathy |
| 01000 | 24-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 6.00 | $ 762 | comms options, AI, staffing, SME access |
| 01000 | 25-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 4.00 | $ 508 | facility design/virtualization, data resource |
| 01000 | 26-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 4.00 | $ 508 | templates for AIs and weekly reports |
| 01000 | 29-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 6.00 | $ 762 | create indoc mat'l, NDA/OCI language |
| 01000 | 30-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | onboarding and TWIPT in Annapolis |
| 01000 | 31-Jul-13 | NAVSUP BSC Transl | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT, Tivoli demo, staff questions |
| Total | | | | | | 45.00 | $ 5,715 | |

Please make checks payable to Mission Effect and remit to:

122055
58.68
2640.6

Mission Effect
4846 Lee Farm Ct.
Ellicott City, MD 21043

MB0000014

Maga Design Group, Inc.
1838 Columbia RD NW
Washington DC 20009

Invoice Date  11/19/2013
Invoice #  10004
Invoice Period 10/1/2013 - 10/31/2013

| Project Code | Date | Project | First name | Last name | Rate | Hours | Cost | Brief Description |
|---|---|---|---|---|---|---|---|---|
| 01000 | 1-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TIPT Bi-weekly update, dry run prep, work functionals workshop |
| 01000 | 2-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | DM content w/ Coca, BSC/Maga KM summit, BSC/SSC mtg plan |
| 01000 | 3-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | Capture playbook planning, video plans, interview tools, rev tmg plan |
| 01000 | 4-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 5.00 | $ 635 | Training plan with DM lead, highlights, KM mockups to leads |
| 01000 | 6-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 3.00 | $ 381 | Review HLBPs, coverage plan, prioritization of KMs with kathy |
| 01000 | 10-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 3.00 | $ 381 | TIPT Bi-weekly update, review summit deck draft and piche cmmts |
| 01000 | 14-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 10.00 | $ 1,270 | plan for mech panel, engaging the IDIQ with BSC, CBO summit |
| 01000 | 15-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 10.00 | $ 1,270 | TWPT working session, CBO preps, work functionals plan |
| 01000 | 16-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 10.00 | $ 1,270 | CBO Summit engagmt for remote attendees; new employee checklist |
| 01000 | 17-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | CBO premtg and summit, workshop p'ing with Bob K. & Micheline |
| 01000 | 18-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 5.00 | $ 635 | Capture playbook, scrub summit notes |
| 01000 | 22-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | BSC orientation mtg prep, interview templates |
| 01000 | 23-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | meeting logistics for offsite, coord w Accenture/IBM, comms playbk |
| 01000 | 24-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 10.00 | $ 1,270 | CO status call, Maga/Accenture coord., periodic table content updates |
| 01000 | 25-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 3.00 | $ 381 | final offsite preps, product reviews |
| 01000 | 28-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 10.00 | $ 1,270 | preps for and BSC SME Panel/offsite |
| 01000 | 29-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 4.00 | $ 508 | Offsite report out, content review |
| 01000 | 30-Oct-13 | NAVSUP BSC Transitio | Melissa | Britton | 127.00 | 3.00 | $ 381 | TWPT working group, followup with BSC/SSCA |
| Total | | | | | | 127.00 | $ 16,129 | |

max hrs

Please make checks payable to Mission Effect and remit to:

Mission Effect
4946 Lee Farm Ct.
Ellicott City, MD 21043

MB0000015

Maga Design Group, Inc.
1838 Columbia RD NW
Washington DC 20009

Invoice Date 10/7/2013
Invoice # 10003
Invoice Period 9/1/2013 - 9/30/2013

| Project Code | Date | Project | First name | Last name | Rate | Hours | Cost | Brief Description |
|---|---|---|---|---|---|---|---|---|
| 01000 | 3-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 4.00 | $ 508 | comms checkpoint meeting, IPT red flag briefing |
| 01000 | 4-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | data scoping session with Tim J, red flag brief comment review |
| 01000 | 5-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 6.00 | $ 762 | Data kick off with Tim J and Tony Coca; finalize red flag brief |
| 01000 | 6-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | work drafts of DM knowledge sheets and IPT report out |
| 01000 | 9-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | taxonomy prep and mtg with Illumina, pull ECMS info |
| 01000 | 10-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT all day, CBO summit preps with Piche |
| 01000 | 11-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT all day, IPT report comment review |
| 01000 | 12-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT all day, CO call, SeaTrials W/G, Contracts way ahead |
| 01000 | 16-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 4.00 | $ 508 | BSC check-in with Kathy, work pd table input |
| 01000 | 17-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 6.00 | $ 762 | TIPT drumbeat, get CAC |
| 01000 | 18-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | Taxonomy deep dive with Simone, anaysis from PAL |
| 01000 | 19-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | personnel deep dive with Deb, offsite with Layne and Kathy |
| 01000 | 20-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 4.00 | $ 508 | action report from offsite, work 30d review for Deb |
| 01000 | 23-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | CBO offsite preps, pulsecheck w/ BSC, 30d review, KM slides |
| 01000 | 24-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT all day, message map on training, categorize pd elements |
| 01000 | 25-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 8.00 | $ 1,016 | TWIPT full day, review KM slides and CO comments on mins |
| 01001 | 26-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 9.00 | $ 1,143 | TWIPT full day, CBO summit preps, storyboarding |
| 01002 | 27-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 2.00 | $ 254 | rework edits into CBO summit briefing |
| 01003 | 30-Sep-13 | NAVSUP BSC Transition | Melissa | Britton | 127.00 | 5.00 | $ 635 | BSC CO check-in, CBO summit preps, HR docs for deb |
| Total | | | | | | 134.00 | $ 17,018 | |

Please make checks payable to Mission Effect and remit to:

Mission Effect
4946 Lee Farm Ct.
Ellicott City, MD 21043

MB0000016