# EXHIBIT 9

  

# Meeting Minutes
## 21-23 May 2013

Page 1 of 7

| Meeting: | | | | | |
|---|---|---|---|---|---|
| Date | 21-23 May 2013 | Time | 8:00 – 5:00 | Location | Navy ERP, 1A |
| Con Call # | N/A | Pass Code | N/A | Facilitator | Navy ERP TD |

**Discussion Overview**
Include a short synopsis of the meeting as a whole.

| Attendees: | Organization: |
|---|---|
| 1. Allen Tidwell | Navy ERP |
| 2. Layne Thompson | NAVSUP BSC |
| 3. REDACTED | SPAWAR SSC-Atlantic |
| 4. REDACTED | OPNAV N41 |
| 5. | Navy ERP |
| 6. | NAVSUP BSC |
| 7. Melissa Britton | Navy ERP |

| Action Items (carry-over actions retain original numbering): | Assigned to/Status: |
|---|---|
| 4. REDACTED | PMO, Allen |
| 6. REDACTED | Allen, Layne, |
| 7. REDACTED | PMO, Allen |
| 8. REDACTED | Allen, Layne, |
| 12. REDACTED | PMO, Allen (via |
| 13. REDACTED ect | Allen, Layne, |
| 14. REDACTED | PMO, Allen |
| 15. REDACTED | BSC, Layne |
| 16. REDACTED | PMO, Allen |
| 17. T-WIPT provide working groups with guidance/boundaries for transitions schedule development (e.g. the schedule depends on external funding, resourcing, and organizational constraints. | T-WIPT |
| 18. T-WIPT create a site (ECMS, MIL-SUITE, etc.) to facilitate document and information sharing between the group. | T-WIPT, Melissa |
| 19. REDACTED | |
| 20. Tra REDACTED | T-WIPT |
| 21 REDACTED NA | HR Working Group |