IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

J.L. HERREN & ASSOCIATES, P.C., )
)
    Plaintiff, )
)
v. )   1:13cv01314 (LMB/IDD)
)
MELISSA BRITTON, )
)
    Defendant. )

## ORDER

For the reasons stated in open court, defendant's Motion to Dismiss Counts I, II, IV, V, VI, and VII of the Amended Complaint [Dkt. No. 17] is DENIED; plaintiff's Motion for Leave to Amend to File a Second Amended Complaint [Dkt. No. 32] is GRANTED; and the Motion of Maga Design Group, Inc. for Leave to Intervene for a Limited Purpose [Dkt. No. 37] is DENIED AS MOOT, and it is hereby

ORDERED that plaintiff immediately file the Second Amended Complaint attached as Exhibit 1 to its moving papers [Dkt. No. 35-1], and it is further

ORDERED that the Scheduling Order entered on October 28, 2013 [Dkt. No. 2] be and is VACATED and a new Scheduling Order shall issue forthwith.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10 day of January, 2014.

Alexandria, Virginia

                                    /s/
                              Leonie M. Brinkema
                              United States District Judge