MB000207

Subject: Re: Sneaky...
From: eric bowman <ericbbowman@gmail.com>
Date: Wed, 13 Feb 2013 16:34:56 +0000
To: M Ryan <lissaryan2001@gmail.com>

do it without signing in is the best way hands down so its not allocated to your account activities.

Even so, you can do a select all copy and then paste on the desktop then move things after on removable drive. if they do an audit report they can see the copy/paste on server logs, but theres nothing they can really do about it since its not restricted to you. just make sure you wipe your harddrive before you quit.

On Wed, Feb 13, 2013 at 10:50 AM, M Ryan <lissaryan2001@gmail.com> wrote:

What's the most untraceable way for me to pull all herrens past proposals off our share point?

Sent from my iPad