UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J.L. HERREN & ASSOCIATES, P.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MELISSA BRITTON and ) <br> MAGA DESIGN GROUP, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 13-1314 (LMB/IDD) |

**DEFENDANT MELISSA BRITTON'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

Plaintiff J.L. Herren & Associates, P.C. now seeks leave to file a third amended complaint. The time has come for the Court to call a halt to this tactic, and for the same reasons as set forth in defendant Britton's opposition to Herren's motion for file a second amended complaint, which is incorporated by reference (Dkt. 45). Britton also incorporates by reference the opposition filed this day by defendant Maga Design Group, Inc.

Respectfully submitted,

/s/
Charles B. Wayne (VSB # 24954)
Victoria A. Bruno (*pro hac vice*)
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com
victoria.bruno@dlapiper.com

*Counsel for Defendant
Melissa Britton*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Susanne Harris Carnell
Michael J. Lorenger
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, VA 22314

Russell J. Gaspar
Andrew K. Wible
Cohen Mohr, LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C. 20007

/s/
Charles B. Wayne (VSB # 24954)
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
charles.wayne@dlapiper.com