# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| J. L. HERREN & ASSOCIATES, P.C., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:13-cv-1314 (LMB/IDD) |
| MELISSA BRITTON, *et al.*, | ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

Plaintiff J. L. Herren & Associates, P.C., by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulates to dismiss with prejudice all claims against all Defendants relating to this action.

Dated: March 26, 2014

Respectfully submitted,

*/s/ Susan Harris Carnell*
Susanne Harris Carnell, VSB #41521
scarnell@lorengercarnell.com
Michael J. Lorenger, VSB #38910
LORENGER & CARNELL PLC
651 South Washington Street
Alexandria, VA 22314
Phone: (703) 684-1804
Facsimile: (703) 684-1805

*Attorneys for J.L. Herren & Associates, P.C.*

| | |
|---|---|
| */s/ Charles B. Wayne* | */s/ Russell J. Gaspar* |
| Charles B. Wayne, Esq., VSB #24954 | Russell J. Gaspar, VSB #15020 |
| charles.wayne@dlapiper.com | rgaspar@cohenmohr.com |
| Victoria A. Bruno, Esq. | Andrew K. Wible, VSB #78168 |
| victoria.bruno@dlapiper.com | awible@cohenmohr.com |
| DLA Piper US LLP | COHEN MOHR LLP |
| 500 Eighth Street, N.W. | 1055 Thomas Jefferson St., N.W. |
| Washington, D.C.  20004 | Suite 504 |
| (202) 799-4253 | Washington, D.C.  20007 |
| (202) 799-5253 (fax) | (202) 342-2550 |
| | (202) 342-6147 (fax) |
| *Attorneys for Melissa Britton and* | |
| *Mission Effect, LLC* | *Attorneys for Maga Design Group, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation of Dismissal was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Virginia via the CM/ECF system, and was served electronically upon the following:

Susanne Harris Carnell, VSB #41521
scarnell@lorengercarnell.com
Michael J. Lorenger, VSB #38910
LORENGER & CARNELL PLC
651 South Washington Street
Alexandria, VA 22314
Phone: (703) 684-1804
Facsimile: (703) 684-1805

*Attorneys for J.L. Herren & Associates, P.C.*

Charles B. Wayne, Esq.
charles.wayne@dlapiper.com
Victoria A. Bruno, Esq.
victoria.bruno@dlapiper.com
DLA Piper US LLP
500 Eighth Street, N.W.
Washington, D.C.  20004

*Attorneys for Melissa Britton and*
*Mission Effect, LLC*

2

A copy was served via electronic and postage prepaid mail on:

>Steve A. Matthews, Esq.
>Haynsworth Sinkler Boyd, P.A.
>1201 Main Street, 22nd Floor
>Columbia, SC 29201
>
>*Attorney for SPARC LLC and*
>*Eric Bowman*

this 26th day of March, 2014

                                                 */s/ Russell J. Gaspar*
                                        Attorney for Maga Design Group, Inc.